MN, ND - 305
(10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5
For Deposit to Registry Fund**

208059

7-31-19

KH

Debtor:    BRUMMER, ARDELL MATHEW
           BRUMMER, MARION ELIZABETH

Chapter 7 Case No.    18-41645-KHS

Please Check One:

xxx    Unclaimed Dividends

____   Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CONSTANCE L. BAKKEN REVOCABLE TRUST C/O MARY E. SHEAREN BEST & FLANAGAN 60 SOUTH SIXTH STREET SUITE 2700 MINNEAPOLIS, MN 55402 | 5 | $417,500.06 | $1,946.25 |

Please be advised that the original check was mailed to the claimant on or about January 3, 2019. The check was later reported as lost and then re-issued and mailed to the claimant again on or about April 12, 2019. Pursuant to Local Rule 3011-1(b), the Trustee submits this report and states that he has been unable to get the creditor who filed the claim to cash the check despite having made repeated and reasonable efforts to do so.

DATED: July 19, 2019

_____
John R. Stoebner, Trustee
120 South Sixth Street, Suite 2500
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original to U.S. Bankruptcy Court, with check
One copy to file (for U.S. Trustee with TDR)
18-198